# EXHIBIT A

# EXHIBIT A

## Copyright Registrations for *The Andy Griffith Show*

| Episode #/Name | Original Registration # | Renewal Certificate # |
|---|---|---|
| 1 / The New Housekeeper | LP 24982 | RE 402-141 |
| 2 / The Manhunt | PA 442-245 | RE 456-954 |
| 3 / The Guitar Player | LP 27244 | RE 402-143 |
| 4 / Runaway Kid | LP 23928 | RE 402-135 |
| 5 / Opie's Charity | LP 23929 | RE 402-136 |
| 6 / Ellie Comes to Town | LP 25009 | RE 402-131 |
| 7 / Irresistable Andy | LP 27245 | RE 402-144 |
| 8 / A Feud is a Feud | LP 23930 | RE 402-137 |
| 9 / Andy, The Matchmaker | LP 23931 | RE 402-138 |
| 10 / Stranger in Town | LP 25526 | RE 402-142 |
| 11 / Christmas Story | LP 23933 | RE 402-140 |
| 12 / Ellie for Council | LP 23932 | RE 402-139 |
| 13 / Mayberry Goes to Hollywood | LP 27249 | RE 402-133 |
| 14 / The Horse Trader | LP 23935 | RE 402-126 |
| 15 / Those Gossipin' Men | LP 23936 | RE 402-127 |
| 16 / Andy Saves Barney's Morale | PA 442-243 | RE 452-362 |
| 17 / Alcohol and Old Lace | LP 25527 | RE 402-132 |
| 18 / Andy, The Marriage Counselor | LP 24983 | RE 402-130 |
| 19 / Mayberry on Record | LP 27250 | RE 402-134 |
| 20 / The Beauty Contest | LP 24984 | RE 402-129 |
| 21 / Andy and the Gentleman Crook | LP 23937 | RE 402-128 |
| 22 / Cyrano Andy | LP 23934 | RE 452-220 |
| 23 / Andy and Opie—Housekeepers | LP 27246 | RE 452-233 |
| 24 / The New Doctor | LP 25006 | RE 452-230 |
| 25 / A Plaque for Mayberry | LP 24985 | RE 452-221 |
| 26 / The Inspector | LP 27247 | RE 452-234 |

| Episode #/Name | Original Registration # | Renewal Certificate # |
|---|---|---|
| 27 / Ellie Saves A Female | LP 25007 | RE 452-231 |
| 28 / Andy Forecloses | LP 27248 | RE 452-235 |
| 29 / Quiet Sam | LP 25008 | RE 452-232 |
| 30 / Barney Gets His Man | PA 442-244 | RE 491-880 |
| 31 / The Guitar Player Returns | LP 24986 | RE 452-222 |
| 32 / Bringing Up Opie | LP 24987 | RE 452-223 |
| 33 / Barney's Replacement | LP 24988 | RE 452-224 |
| 34 / Opie and the Bully | LP 24989 | RE 452-225 |
| 35 / Andy and the Woman Speeder | LP 24990 | RE 452-226 |
| 36 / Barney on the Rebound | LP 24991 | RE 452-227 |
| 37 / The Perfect Female | LP 23106 | RE 452-206 |
| 38 / Aunt Bee's Brief Encounter | LP 23107 | RE 452-207 |
| 39 / Mayberry Goes Bankrupt | LP 23108 | RE 452-208 |
| 40 / Opie's Hobo Friend | LP 23109 | RE 452-209 |
| 41 / Crime-Free Mayberry | LP 23110 | RE 452-210 |
| 42 / The Clubmen | LP 23111 | RE 452-211 |
| 43 / The Pickle Story | LP 23112 | RE 452-212 |
| 44 / Sheriff Barney | LP 23113 | RE 452-213 |
| 45 / The Farmer Takes a Wife | LP 23114 | RE 452-214 |
| 46 / The Keeper of the Flame | LP 23115 | RE 452-215 |
| 47 / Bailey's Bad Boy | LP 23116 | RE 452-216 |
| 48 / The Manicurist | LP 24992 | RE 452-228 |
| 49 / The Jinx | LP 23117 | RE 452-217 |
| 50 / Jailbreak | LP 23118 | RE 452-218 |
| 51 / A Medal For Opie | LP 23119 | RE 452-219 |
| 52 / Barney and the Choir | LP 24993 | RE 452-229 |
| 53 / Guest of Honor | LP 23120 | RE 498-201 |
| 54 / The Merchant of Mayberry | LP 23121 | RE 498-202 |
| 55 / Aunt Bee, The Warden | LP 23122 | RE 498-203 |
| 56 / The Country Nurse | LP 23123 | RE 498-204 |
| 57 / Andy and Barney in the Big City | LP 23124 | RE 498-205 |

| Episode #/Name | Original Registration # | Renewal Certificate # |
|---|---|---|
| 58 / Wedding Bells for Aunt Bee | LP 23125 | RE 498-206 |
| 59 / Three's a Crowd | LP 23126 | RE 498-207 |
| 60 / The Bookie Barber | LP 23127 | RE 498-208 |
| 61 / Andy on Trial | LP 24994 | RE 498-210 |
| 62 / Cousin Virgil | LP 23128 | RE 498-209 |
| 63 / Deputy Otis | LP 24995 | RE 498-211 |
| 64 / Opie's Rival | LP 27516 | RE 498-212 |
| 65 / Andy and Opie—Bachelors | LP 27517 | RE 498-213 |
| 66 / Mr. McBeevee | LP 27518 | RE 498-214 |
| 67 / Andy's Rich Girl | LP 27519 | RE 498-215 |
| 68 / Barney Mends a Broken Heart | LP 27520 | RE 498-216 |
| 69 / Andy and the New Mayor | LP 27521 | RE 498-217 |
| 70 / The Cow Thief | LP 27522 | RE 498-218 |
| 71 / Floyd, The Gay Deceiver | LP 27523 | RE 498-219 |
| 72 / The Mayberry Band | LP 27524 | RE 498-220 |
| 73 / Lawman Barney | LP 27525 | RE 498-221 |
| 74 / Convicts At Large | LP 27526 | RE 498-222 |
| 75 / The Bedjacket | LP 27527 | RE 498-223 |
| 76 / Barney and the Governor | LP 27528 | RE 498-224 |
| 77 / Man in Hurry | LP 27529 | RE 498-225 |
| 78 / The Bank Job | LP 27530 | RE 498-226 |
| 79 / One Punch Opie | LP 27531 | RE 498-227 |