# EXHIBIT B

Search | Upload | Sign in

- Home
- Trending
- History

**BEST OF YOUTUBE**

- Music
- Sports
- Gaming
- News
- Live
- 360° Video

Browse channels

Sign in now to see your channels and recommendations!

Sign in



# 8thManDVD.com™ Cartoon Channel

Home | Videos | **Playlists** | Channels | Discussion | About

## The ANDY GRIFFITH SHOW (Remastered) (HD 1080p) Playlist

8thManDVD.com™ Cartoon Channel • 17 videos • 38,930 views • Last updated on Jun 5, 2015

1080p HD Remastered Playlist for Public-Domain Andy Griffith Show.

© Copyright 2013 8thManDVD.com

The Andy Griffith Show with Sheriff Andy Taylor took place in Mayberry. It aired on the CBS Network. The cast included Andy Griffith, Don Knotts, R... more

Play all | Share | Save

| # | | Title |
|---|---|---|
| 1 |  | THE ANDY GRIFFITH SHOW: High Noon in Mayberry (1963) (Season 3 Episode 17) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 2 |  | THE ANDY GRIFFITH SHOW: The Loaded Goat (1963) (Season 3 Episode 18) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 3 |  | THE ANDY GRIFFITH SHOW: Class Reunion (1963) (Season 3 Episode 19) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 4 |  | THE ANDY GRIFFITH SHOW: Rafe Hollister Sings (1963) (Season 3 Episode 20) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 5 |  | THE ANDY GRIFFITH SHOW: Opie and the Spoiled Kid (1963) (Season 3 Episode 21) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 6 |  | THE ANDY GRIFFITH SHOW: The Great Filling Station Robbery (1963) (Season 3 Episode 22) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 7 |  | THE ANDY GRIFFITH SHOW: Andy Discovers America (1963) (Season 3 Episode 23) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 8 |  | THE ANDY GRIFFITH SHOW: Aunt Bee's Medicine Man (1963) (Season 3 Episode 24) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 9 |  | THE ANDY GRIFFITH SHOW: The Darlings Are Coming (1963) (Season 3 Episode 25) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 10 |  | THE ANDY GRIFFITH SHOW: Andy's English Valet (1963) (Season 3 Episode 26) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |
| 11 |  | THE ANDY GRIFFITH SHOW: Barney's First Car (1963) (Season 3 Episode 27) (HD 1080p)<br>by 8thManDVD.com™ Cartoon Channel |

Skip navigation

<8hManDVD.com™ Cartoon Channel>

