AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.          DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

## Copyright Registrations for The Andy Griffith Show

| Original Copyright Registration No. | Renewal Certificate No. | Episode No./ Title of Work | Author of Work |
|---|---|---|---|
| LP 24982 | RE 402-141 | 1 / The New Housekeeper | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| PA 442-245 | RE 456-954 | 2 / The Manhunt | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27244 | RE 402-143 | 3 / The Guitar Player | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23928 | RE 402-135 | 4 / Runaway Kid | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23929 | RE 402-136 | 5 / Opie's Charity | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 25009 | RE 402-131 | 6 / Ellie Comes to Town | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27245 | RE 402-144 | 7 / Irresistible Andy | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23930 | RE 402-137 | 8 / A Feud is a Feud | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23931 | RE 402-138 | 9 / Andy, The Matchmaker | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 25526 | RE 402-142 | 10 / Stranger in Town | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23933 | RE 402-140 | 11 / Christmas Story | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23932 | RE 402-139 | 12 / Ellie for Council | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27249 | RE 402-133 | 13 / Mayberry Goes to Hollywood | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |

| Original Copyright Registration No. | Renewal Certificate No. | Episode No./ Title of Work | Author of Work |
|---|---|---|---|
| LP 23935 | RE 402-126 | 14 / The Horse Trader | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23936 | RE 402-127 | 15 / Those Gossipin' Men | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| PA 442-243 | RE 452-362 | 16 / Andy Saves Barney's Morale | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 25527 | RE 402-132 | 17 / Alcohol and Old Lace | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24983 | RE 402-130 | 18 / Andy, The Marriage Counselor | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27250 | RE 402-134 | 19 / Mayberry on Record | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24984 | RE 402-129 | 20 / The Beauty Contest | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23937 | RE 402-128 | 21 / Andy and the Gentleman Crook | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23934 | RE 452-220 | 22 / Cyrano Andy | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27246 | RE 452-233 | 23 / Andy and Opie—Housekeepers | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 25006 | RE 452-230 | 24 / The New Doctor | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24985 | RE 452-221 | 25 / A Plaque for Mayberry | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27247 | RE 452-234 | 26 / The Inspector | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 25007 | RE 452-231 | 27 / Ellie Saves A Female | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27248 | RE 452-235 | 28 / Andy Forecloses | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |

| Original Copyright Registration No. | Renewal Certificate No. | Episode No./ Title of Work | Author of Work |
|---|---|---|---|
| LP 25008 | RE 452-232 | 29 / Quiet Sam | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| PA 442-244 | RE 491-880 | 30 / Barney Gets His Man | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24986 | RE 452-222 | 31 / The Guitar Player Returns | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24987 | RE 452-223 | 32 / Bringing Up Opie | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24988 | RE 452-224 | 33 / Barney's Replacement | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24989 | RE 452-225 | 34 / Opie and the Bully | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24990 | RE 452-226 | 35 / Andy and the Woman Speeder | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24991 | RE 452-227 | 36 / Barney on the Rebound | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23106 | RE 452-206 | 37 / The Perfect Female | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23107 | RE 452-207 | 38 / Aunt Bee's Brief Encounter | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23108 | RE 452-208 | 39 / Mayberry Goes Bankrupt | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23109 | RE 452-209 | 40 / Opie's Hobo Friend | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23110 | RE 452-210 | 41 / Crime-Free Mayberry | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23111 | RE 452-211 | 42 / The Clubmen | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23112 | RE 452-212 | 43 / The Pickle Story | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |

| Original Copyright Registration No. | Renewal Certificate No. | Episode No./ Title of Work | Author of Work |
|---|---|---|---|
| LP 23113 | RE 452-213 | 44 / Sheriff Barney | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23114 | RE 452-214 | 45 / The Farmer Takes a Wife | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23115 | RE 452-215 | 46 / The Keeper of the Flame | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23116 | RE 452-216 | 47 / Bailey's Bad Boy | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24992 | RE 452-228 | 48 / The Manicurist | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23117 | RE 452-217 | 49 / The Jinx | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23118 | RE 452-218 | 50 / Jailbreak | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23119 | RE 452-219 | 51 / A Medal For Opie | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24993 | RE 452-229 | 52 / Barney and the Choir | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23120 | RE 498-201 | 53 / Guest of Honor | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23121 | RE 498-202 | 54 / The Merchant of Mayberry | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23122 | RE 498-203 | 55 / Aunt Bee, The Warden | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23123 | RE 498-204 | 56 / The Country Nurse | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23124 | RE 498-205 | 57 / Andy and Barney in the Big City | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23125 | RE 498-206 | 58 / Wedding Bells for Aunt Bee | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |

| Original Copyright Registration No. | Renewal Certificate No. | Episode No./ Title of Work | Author of Work |
|---|---|---|---|
| LP 23126 | RE 498-207 | 59 / Three's a Crowd | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23127 | RE 498-208 | 60 / The Bookie Barber | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24994 | RE 498-210 | 61 / Andy on Trial | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 23128 | RE 498-209 | 62 / Cousin Virgil | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 24995 | RE 498-211 | 63 / Deputy Otis | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27516 | RE 498-212 | 64 / Opie's Rival | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27517 | RE 498-213 | 65 / Andy and Opie—Bachelors | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27518 | RE 498-214 | 66 / Mr. McBeevee | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27519 | RE 498-215 | 67 / Andy's Rich Girl | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27520 | RE 498-216 | 68 / Barney Mends a Broken Heart | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27521 | RE 498-217 | 69 / Andy and the New Mayor | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27522 | RE 498-218 | 70 / The Cow Thief | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27523 | RE 498-219 | 71 / Floyd, The Gay Deceiver | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27524 | RE 498-220 | 72 / The Mayberry Band | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27525 | RE 498-221 | 73 / Lawman Barney | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |

| Original Copyright Registration No. | Renewal Certificate No. | Episode No./ Title of Work | Author of Work |
|---|---|---|---|
| LP 27526 | RE 498-222 | 74 / Convicts At Large | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27527 | RE 498-223 | 75 / The Bedjacket | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27528 | RE 498-224 | 76 / Barney and the Governor | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27529 | RE 498-225 | 77 / Man in Hurry | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27530 | RE 498-226 | 78 / The Bank Job | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |
| LP 27531 | RE 498-227 | 79 / One Punch Opie | Mayberry Enterprises, predecessor-in-interest to plaintiff CBS Operations Inc. |